```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AURELIANO BRUNO, et al.,

                              Plaintiffs,

        -against-

CORY REALTY, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

21-CV-06391 (JMF) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On Wednesday, July 27, 2021, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As stated in Judge Furman's Order, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference at least two weeks before November 2, 2021.

**SO ORDERED.**

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:       July 29, 2021
                 New York, New York