```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

AURELIANO BRUNO, et al.,

                                    **Plaintiffs,**      21-CV-06391 (JMF)

           -against-          **ORDER**

CORY REALTY, INC., et al.,

                                    **Defendants.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      On July 27, 2021, plaintiff Aureliano Bruno filed this action against Cory Realty Inc., Anthony Robinson, and Debra Salichs. To date, the defendants have not answered the complaint, and it is unclear when service was completed to determine whether a response to the complaint is untimely. Accordingly, Plaintiff shall file a letter with the Court by October 20, 2021, advising the Court on the status of service on Defendants. The Court reminds Plaintiff that pursuant to Federal Rule of Civil Procedure 4(m), he has 90 days – until October 25, 2021 – to serve a copy of the summons and complaint on Defendants.

      The Parties are reminded that they are required to schedule a settlement conference with the Court before any initial pretrial conference. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates no later than one week after an answer is filed.

**SO ORDERED.**

                                                                          _____
                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:    New York, New York
              October 13, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2021