```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AURELIANO BRUNO, et al.,

                            **Plaintiffs,**

          -against-

CORY REALTY, INC., et al.,

                            **Defendants.**

-----------------------------------------------------------------X

21-CV-06391 (JMF)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The parties were previously ordered to schedule a settlement conference with the Court at least two weeks before November 2, 2021. ECF No. 7. Having failed to do so, the parties are reminded that settlement conferences must generally be scheduled at least six to eight weeks in advance and the Court will not adjourn litigation deadlines to accommodate late requests for settlement conferences. If the parties wish to schedule a settlement conference, they should contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 3, 2021
               New York, New York