UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
AURELIANO BRUNO et al., :
:
Plaintiffs, :
: 21-CV-6391 (JMF)
-v- :
: ORDER
:
CORY REALTY, INC. et al., :
:
Defendants :
------------------------------------------------------------------ :
X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The Court has confirmed that the S.D.N.Y. Mediation Program has mediators who specialize in FLSA cases. Consequently, by separate Order to be entered today, the Court is referring this case to the Court-annexed Mediation Program

- Discovery is now **closed**. The parties shall submit their Joint Pretrial Order by **May 10, 2022**. The parties are reminded that the mediation will have no effect upon any scheduling Orders issued by this Court without leave of this Court.

SO ORDERED.

Dated: March 8, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge