

# HELEN F. DALTON & ASSOCIATES, P.C.

ATTORNEYS AT LAW

---

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

May 10, 2022

<span style="color:blue">Application GRANTED. No further extensions of this deadline will be granted. In addition, the parties are reminded that Rule 1(F) of the Court's Individual Rules requires requests for extensions to be filed at least 48 hours before the deadline. The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

*[signature]*

May 11, 2022</span>

**Via ECF**
The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley SquareNew York,
New York 10007

Re: **Bruno, et al. v. Cory Realty, Inc., et. al.**
   **21-CV-6391 (JMF)**

Dear Judge Furman:

Our office represents the Plaintiffs in the above-referenced matter and we submit this motion jointly with counsel for Defendants to respectfully request a 30-day extension to file the parties' Joint Pre-Trial Order ("JPTO"). Pursuant to the Court's March 8, 2022 Order, the parties were to file the JPTO on or before today, May 10, 2022.

We make the instant request as the parties have been focusing their efforts on resolution and preparing for the May 17, 2022 Court-annexed mediation and did not realize the above deadline would occur prior to the scheduled mediation. In light of the above and the upcoming mediation in this matter, we kindly ask that the Court extend the deadline for filing the JPTO from May 10, 2022 to June 10, 2022. This will allow the parties to hold the mediation on May 17, 2022 and continue to focus on resolution in the event a settlement is not reached on that date. Additionally, if the parties are unable to settle, this will allow sufficient time for the parties to prepare the JPTO.

This is the first request for an extension of time to file the JPTO and this request will not affect any other dates or deadlines.

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*[signature]*
James O'Donnell, Esq.