UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AURELIANO BRUNO, et al.,

                               Plaintiffs,

        -against-

CORY REALTY, INC., et al.,

                               Defendants.

-------------------------------------------------------------X

21-CV-06391 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2022

**SARAH NETBURN, United States Magistrate Judge:**

    On September 29, 2022, both parties were ordered to file a settlement agreement and motion for settlement approval no later than October 12, 2022. ECF No. 52. Having failed to do so, both parties are ordered to file these materials no later than Friday, October 21, 2022.

**SO ORDERED.**

/s/ Sarah Netburn
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              October 18, 2022