UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AURELIANO BRUNO, et al.,

                            **Plaintiffs,**                      21-CV-06391 (SN)

           -against-                                      **ORDER**

CORY REALTY, INC., et al.,

                            **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Despite the parties' joint report that this case has been resolved (ECF No. 46) the parties have failed to file their settlement agreement for the Court's approval. See ECF Nos. 52 & 53. Accordingly, the parties shall appear at 12:30 p.m. on Wednesday, November 2, 2022, in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The purpose of this conference is to schedule the jury trial. See ECF No. 44.

The Court will adjourn this conference only upon the filing of a settlement agreement and motion for settlement approval.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                October 31, 2022