USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AURELIANO BRUNO, et al.,

                Plaintiffs,

    -against-

CORY REALTY, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

21-CV-06391(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on October 20, 2022, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 55. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The conference scheduled for November 2, 2022, is ADJOURNED.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                November 1, 2022